**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 06-2079**

———————

BEATRICE DOWNS,

                              Plaintiff - Appellant,

        versus

HENRICO    COUNTY;    FEDERAL    BUREAU    OF
INVESTIGATION,

                              Defendants - Appellees.

———————

Appeal from the United States District Court for the Eastern
District of Virginia, at Richmond.   Robert E. Payne, District
Judge.  (3:06-cv-00631-REP)

———————

Submitted:  March 29, 2007          Decided:  April 2, 2007

———————

Before MOTZ, TRAXLER, and DUNCAN, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Beatrice Downs, Appellant Pro Se.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Beatrice Downs appeals the district court's order dismissing her civil complaint because it lacks a basis in law or fact. We have reviewed the record and find no reversible error. Accordingly, we deny her motion to expedite her appeal, her motion to test the contents of her medication, and affirm for the reasons stated by the district court. Downs v. Henrico County, No 3:06-cv-00631-REP (E.D. Va. Oct. 3, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED